IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania by : \
Attorney General Josh Shapiro : \
                                     : \
               v. :            No. 1330 C.D. 2021 \
                                       : \
Vision Property Management, LLC, : \
VPM Holdings, LLC, Alex Szkaradek, : \
Antoni Szkaradek, ACM Vision V, LLC, : \
ACP 1, LLC, ACP 3, LLC, Alan : \
Investments III, LLC, ALCA, LLC, : \
Archway Community Properties I, LLC, : \
Archway Community Properties, II, : \
LLC, Archway Community Properties, : \
III, LLC, Archway Community : \
Properties, IV, LLC, Avalanche : \
Holdings Company, LLC, AXIS, LLC, : \
BAT Holdings Eight, LLC, BAT : \
Holdings One, LLC, BAT Holdings, : \
LLC, BAT Holdings Two, LLC, BAT : \
Holdings Six, LLC, BAT Holdings Nine, : \
LLC, BAT Holdings, Eight, LLC, Boom : \
SC, LLC, DS NEW, LLC, DSV SPV I, : \
DSV SPV 2, DSV SPV3, Jolek, LLC, : \
Kaja Holdings 2, LLC, Kaja Holdings, : \
LLC M16S, LP, M17S, LP, Mon Haven : \
14, LP, National Housing Partners, LLC, : \
Newbridge Capital Funding, LLC, One : \
Pine VIII, LLC, PF I, LLC, PA SEVEN, : \
LLC, Panda, LLC, Pansy, LLC, PENNA, : \
LLC, REO, Rancho, LP, RV Holdings : \
Seven, LLC, RV Holdings Four, LLC, : \
RV Holdings, Three, LLC, RV Holdings : \
Eleven LLC, RVFM I, LLC, RVFM II : \
Series, LLC, RVFM 12, LLC, RVFM : \
13 Series, LLC, RVFM 2, LLC, RVFM 3,:

LLC, RVFM 4 Series, LLC, RVFM 5,       :
LLC, RVFM 6, LLC, RVFM 8, LLC,         :
SP 1, LLC, VPM Realty, LLC             :
                                       :
Appeal of: Alan Investments III, LLC,  :
ALCA, LLC, Boom SC, LLC, DSV           :
SPV 1, LLC, DSV SPV 2, LLC, DSV        :
SPV 3, LLC, Kaja Holdings, LLC,        :
Kaja Holdings 2, LLC, PA Seven, LLC,   :
Penna LLC, RV Holdings Two, LLC,       :
RVFM 11 Series, LLC, RVFM 13           :
Series, LLC and RVFM 4 Series, LLC     :

**PER CURIAM**                    **O R D E R**


NOW, June 12, 2023, having considered Appellee's application for reargument and Appellants' answer in response thereto, the application is DENIED.